UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEALO HIGGINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-9729** |
| **WARDEN BURL CAIN** | **SECTION "I"(4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Kealo Higgins, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Kealo Higgins's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 17th day of January, 2013.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**